FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 JAN 30  PM 3:01

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

VIRGINIA NELSON

CASE NO. 8:18cr 42T 36 AEP

18 U.S.C. § 1349
18 U.S.C. § 1344

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy - 18 U.S.C. § 1349)

### A.  Introduction

At times material to this Indictment:

1.     The Federal Deposit Insurance Corporation ("FDIC") was an agency of the United States of America, established to protect depositors against substantial loss with the purpose of preventing bank collapses and instilling public confidence in the nation's banks.

2.     PNC Bank, N.A. ("PNC Bank") was a financial institution, with offices located throughout the United States, including the State of Florida, the deposits and accounts of which were insured by the FDIC.   PNC Bank was a member bank of the Federal Home Loan Bank of Pittsburgh.

3.    Tampa Bay Federal Credit Union ("Tampa Bay, FCU") was a financial institution, located in the State of Florida, the deposits and accounts of which were insured by the National Credit Union Administration.

4.    A Home Equity Line of Credit ("HELOC") was a revolving line of credit secured by the equity of a homeowner's property, much like a credit card. Homeowners could borrow as much as they needed, any time they needed it, by writing a check connected to the HELOC.

5.    Homeowners W.M. and S.M. obtained a HELOC from PNC Bank with check writing privileges.   PNC Bank provided W.M. and S.M. with a checkbook containing checks.

6.    The defendant, VIRGINIA NELSON, was a resident of the Middle District of Florida, who maintained a savings account at Tampa Bay, FCU.

7.    Co-Conspirator 1 was an associate of VIRGINIA NELSON, who gave VIRGINIA NELSON a PNC Bank counterfeit check drawn on homeowners W.M.'s and S.M.'s HELOC account.

### B.   The Conspiracy

8.     Beginning on an unknown date, but no later than on or about December 5, 2017, and continuing through on or about December 20, 2017, in Hillsborough County, in the Middle District of Florida, and elsewhere, the defendant,

VIRGINIA NELSON,

did knowingly and willfully combine, conspire, confederate, and agree with Co-Conspirator 1 and others, both known and unknown to the Grand Jury, to knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain money, funds, and other property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises about a material fact, in violation of Title 18, United States Code, Section 1344.

### C.   Manner and Means of the Conspiracy

9.     The manner and means by which the defendant and other co-conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

a.     It was part of the conspiracy that the conspirators would and did obtain the account information, including HELOC account numbers,

3

of PNC Bank customers who maintained HELOC accounts with check writing privileges.

      b.    It was a further part of the conspiracy that the conspirators would and did obtain the names, addresses, and other personal information related to PNC Bank customers.

      c.    It was a further part of the conspiracy that the conspirators would and did create counterfeit HELOC checks in the names of PNC Bank customers in order to present the fraudulent checks for payment at various financial institutions to obtain money they were not lawfully entitled to.

      d.    It was a further part of the conspiracy that the conspirators, in concert with others, would and did cause documents that contained materially false and fictitious statements and omissions to be prepared and submitted to financial institutions, which would result in those financial institutions making funds from the counterfeit checks available to the conspirators.

      e.    It was a further part of the conspiracy that Co-Conspirator 1 would and did provide the defendant, VIRGINIA NELSON, with a counterfeit PNC Bank HELOC check drawn on the account of homeowner M.W., to deceive Tampa Bay, FCU into cashing the check and

depositing the funds into VIRGINIA NELSON's savings account so the funds could be withdrawn.

      f.     It was a further part of the conspiracy that the defendant, VIRGINIA NELSON, would and did make materially false and fictitious statements and omissions to Tampa Bay, FCU to release funds from the counterfeit HELOC check she deposited into her Tampa Bay, FCU savings account.

      g.     It was a further part of the conspiracy that the defendant, VIRGINIA NELSON, in concert with Co-Conspirator 1 and others, would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 18 U.S.C. § 1349.

## COUNT TWO
### (Bank Fraud - 18 U.S.C. § 1344)

### A.  Introduction

1.    The Grand Jury re-alleges paragraphs 1 through 7 and 9 of this Indictment as though fully set forth herein.

### B.   The Scheme

2.      Beginning on an unknown date, but no later than on or about
December 5, 2017, and continuing through on or about December 20, 2017,
within the Middle District of Florida and elsewhere, the defendant,

### VIRGINIA NELSON,

with others, did devise and intend to devise a scheme and artifice to defraud a
federally insured financial institution and for obtaining money and property of
said financial institution by means of materially false and fraudulent pretenses,
representations, and promises.

### C.   Manner and Means of Scheme

3.      The manner and means are described in paragraphs 9a. through
9g. of Section C of Count One of this Indictment, and the Grand Jury
re-alleges those allegations as though fully set forth herein.

### D.   Executions of the Scheme

4.      On or about December 5, 2017, within the Middle District of
Florida and elsewhere, the defendant,

### VIRGINIA NELSON,

did knowingly execute, attempt to execute, and aided and abetted the
execution of a scheme and artifice to defraud a financial institution, and to
obtain money, funds and other property under the custody and control of

PNC Bank, a federally insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises, by causing counterfeit check #115, in the amount of $38,600, dated December 5, 2017, drawn on the HELOC account of M.W. and S.M. ending in xxx2307, to be presented for payment and deposited into the defendant's Tampa Bay, FCU savings account ending in xxx5672.

All in violation of 18 U.S.C §§ 1344 and 2.

### FORFEITURES

1.    The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(2).

2.    Upon conviction of the violations alleged in Counts One and/or Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

VIRGINIA NELSON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), all of her interest in any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the said violations.

3.      The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds the defendant obtained from the offenses.

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Christopher Poor
Special Assistant United States Attorney

By: _____
Simon Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

VIRGINIA NELSON

## INDICTMENT

Violations:   18 U.S.C. §§ 1349 and 1344

A true bill,

_____
Foreperson

Filed in open court this <u>30th</u> day

of January 2018.

_____
Clerk

Bail $_____